IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHNATHAN BRYANT GOODWIN                                              PLAINTIFF

vs.                             Civil No. 1:09-cv-1040

DEF JAM RECORDS, et al.                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 9, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 12). Judge Bryant recommends that Plaintiff's complaint be dismissed because Plaintiff has failed to prosecute this action and failed to comply with the Court's order. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED**.

**IT IS SO ORDERED**, this 29th day of November, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge